ACCEPTED
04-15-00159-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/26/2015 4:02:39 PM
KEITH HOTTLE
CLERK

NO. 04-15-00159-CV

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/26/2015 4:02:39 PM
KEITH E. HOTTLE
Clerk

RONALD MENSCH
APPELLANT

VS.

STATE FARM FIRE & CAS. CO.
APPELLEE

APPELLANT'S MOTION TO DISMISS

TO THE HONORABLE COURT OF APPEALS:

Now comes Appellant Ronald Mensch, and files this his Motion to

Dismiss, and in support thereof would respectfully show as follows:

I.

**BACKGROUND**

Ronald Mensch (hereafter "Mensch") initially sued State Farm Fire &

Casualty Company (hereafter "State Farm"), the workers' compensation

1

carrier for Mensch's employer making claim for benefits arising out of a 1980 injury.

After over four years of litigation in the District Court of Bexar County Mensch further sued the Texas Department of Insurance—Division of Workers' Compensation (hereafter "the DWC").

Both the DWC and State Farm filed pleas to the jurisdiction claiming that Mensch had failed to exhaust his administrative remedies. The trial court denied both pleas. The DWC appealed in Cause No. 04-14-00449-CV, styled "*Texas Department of Insurance – Division of Workers' Compensation vs. Ronald Mensch*" (hereafter "Mensch I").

At the same time the DWC filed its interlocutory appeal State Farm filed an original proceeding petitioning this Court for a writ of mandamus to order Judge Nellermoe to grant its plea to the jurisdiction in Cause No.04-14-00519-CV, *In re State Farm Fire & Casualty Company*. (Hereafter "Mensch II").

While Mensch II was pending Judge Nellermoe retired.

On January 14, 2015 this Court issued an opinion in Mensch I which reversed and rendered a dismissal.

On January 27, 2015 This Court ordered Judge Nellermoe's successor, Hon. Stephani Walsh, to be substituted as the respondent in Mensch II and abated the proceeding until such time as Judge Walsh could reconsider the plea to the jurisdiction. CR 248–249.

On March 2, 2015 Mensch filed a Petition for Review to the Texas Supreme Court seeking a review of this Court's January 14, 2015 opinion in Mensch I.

Upon reconsideration of State Farm's plea to the jurisdiction Judge Walsh signed an order granting the plea and dismissing the case on March 5, 2015. CR 250–251. This Court then dismissed the petition for writ of mandamus in Mensch II on March 11, 2015. CR 252.

Mensch filed his notice of appeal of Judge Walsh's dismissal order on March 23, 2015, leading to the instant appeal (hereafter "Mensch III").

The Supreme Court denied the petition for review of Mensch I without issuing an opinion on April 24, 2015. The mandate on Mensch I issued from this Court on June 9, 2015.

Mensch's brief in this cause is due on July 3, 2015.

## II.

Because Mensch had not obtained a ruling from the Texas Supreme Court on Mensch I at the time of Judge Walsh's dismissal of State Farm he had no choice but to appeal Mensch III, the instant case.

However, now that this Court's holding has become final all of the issues in Mensch III have already been decided by the January 14, 2015 opinion in Mensch I.

In order to avoid filing a frivolous brief Appellant moves the Court to dismiss this appeal with the costs to be borne by the party incurring same.

## III.

Appellant prays that for the reasons listed above this Court dismiss this appeal with the costs to be borne by the party incurring same and for any further relief to which Appellant may show himself entitled.

Respectfully submitted,

Law Offices of Miller & Bicklein
8207 Callaghan Road, Suite 250
San Antonio, Texas  78230
(210) 366-2400
(210) 366-4791 Fax

By: _____
     Kevin B. Miller
     State Bar No. 14094500

     Mark A. Cevallos
     State Bar No. 24038810

     Attorneys for Appellant

## Certificate of Service

By my signature, I hereby certify that a true and correct copy of the above and foregoing Motion to Dismiss was served pursuant to TRAP 9.5 on this the 26th day of June, 2015 to:

Jana Richard
Mark Lindow
Lindow Stephens Treat, LLP
700 N. St. Mary's St., Suite 1700
San Antonio, Texas 78205
(210) 227-2200
(210) 227-4602 fax

ATTORNEYS FOR APPELLEE

By: e-Filing

_____
Mark A. Cevallos

NO. 04-15-00159-CV

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

RONALD MENSCH
APPELLANT

VS.

STATE FARM FIRE & CAS. CO.
APPELLEE

ORDER OF DISMISSAL

CAME ON TO BE HEARD, this the _____ day of _____, 2015, Appellant's Motion to Dismiss, and after considering same, this Court finds that this Motion should be GRANTED.  It is, therefore:

ORDERED, ADJUDGED and DECREED that this Appeal is DISMISSED. IT IS FURTHER ORDERED that all costs be borne by the party incurring same.

Signed this the _____ day of _____, 2015.

_____
JUDGE PRESIDING

7